RONALD O. KAYE (No.145051)
MARILYN E. BEDNARSKI (105322)
CAITLIN S. WEISBERG (No. 262779)
KAYE, McLANE & BEDNARSKI
234 E. Colorado Blvd. Suite 230
Pasadena CA 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
E-mail: rok@kmbllp.com

Attorneys for Plaintiff,
FRANCISCO CARRILLO, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCISCO CARRILLO, JR., <br> Plaintiff, <br> vs. <br> COUNTY OF LOS ANGELES, CRAIG DITSCH AND DOES 1 THROUGH 10, inclusive, <br> Defendants, | CASE NO. CV 11-10310 SVW (AGRx) <br><br> **NOTICE OF ERRATA** |

Plaintiff Francisco Carrillo, by his counsel of record, hereby provides this Notice of Errata that the Exhibit letter tabs set out in the Supplemental Exhibits in support of Plaintiff's Motion for Affirmative Collateral Estoppel with regard to multiple written findings of the Superior Court which granted Mr. Carrillo's Petition for Writ of Habeas Corpus are incorrect.

\\
\\

1       Plaintiff will re-file an Amended Supplemental Exhibits in support of
2 Plaintiff's Motion for Affirmative Collateral Estoppel with regard to multiple
3 written findings of the Superior Court which granted Mr. Carrillo's Petition for
4 Writ of Habeas Corpus with the correct letters tabs.

                                        Respectfully submitted,

8 DATED: June 8, 2012         KAYE, McLANE & BEDNARSKI, LLP

10                               By       /S/
                                       RONALD O. KAYE
                                       Attorneys For Plaintiff
                                       Francisco Carrillo, Jr.