PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
COUNTY OF LOS ANGELES
and CRAIG DITSCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRILLO, JR., | Case No. CV 11-10310 SVW (AGRx) |
| Plaintiff, | Honorable Alicia G. Rosenberg |
| vs. | |
| COUNTY OF LOS ANGELES; CRAIG DITSCH; AND DOES 1-10, INCLUSIVE; | **PROTECTIVE ORDER AGAINST THE DISSEMINATION OR DISTRIBUTION OF THE VIDEO RECORDING OF THE DEPOSITION OF WITNESS LOY LUNA** |
| Defendants. | |

WHEREAS Plaintiff Francisco Carrillo, Jr. ("Plaintiff") has noticed the deposition of Loy Luna, an investigator with the Los Angeles County Sheriff's Department;

WHEREAS the current job assignment of Loy Luna creates significant concerns regarding the dissemination and/or distribution of any video recording of his deposition;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that a **Protective Order** is necessary and should be entered which PROHIBITS Plaintiff and his counsel from disseminating, distributing, or in any way making

available for viewing the video recording of Loy Luna's deposition (or any portion thereof) to any outside individual, agent, or entity, or to file any portion of the video recording with the District Court, in connection with this or any other civil proceeding (unless it is filed under seal); and in effect, the video recording shall be for **ATTORNEYS' EYES ONLY**, absent a superseding Court order or stipulation.

DATED: August 13, 2012                KAYE, MCLANE & BEDNARSKI, LLP

By      /s/ Ronald O. Kaye
RONALD O. KAYE
Attorney for Plaintiff
Francisco Carrillo, Jr.

DATED: August 13, 2012                LAWRENCE BEACH ALLEN & CHOI, PC

By     /s/ Jin S. Choi
JIN S. CHOI
Attorney for Defendants
County of Los Angeles
and Craig Ditsch

**IT IS HEREBY ORDERED.**

DATED:  August 14, 2012                _____
Magistrate Judge Alicia G. Rosenberg