RONALD O. KAYE (No.145051)
MARILYN E, BEDNARSKI (No. 105322)
CAITLIN S. WEISBERG (No. 262779)
KAYE, McLANE & BEDNARSKI
234 E. Colorado Blvd. Suite 230
Pasadena CA 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
E-mail: rok@kmbllp.com
E-mail: mbednarski@kmbllp.com
E-mail: cweisberg@kmbllp.com

Attorneys for Plaintiff,
FRANCISCO CARRILLO, JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FRANCISCO CARRILLO, JR., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, CRAIG DITSCH AND DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | CASE NO. CV 11-10310 SVW (AGRx) <br><br> **DECLARATIONS OF COUNSEL AND EXHIBITS IN SUPPORT OF PLAINTIFF FRANCISCO CARRILLO JR.'S OPPOSITION TO DEFENDANT CRAIG DITSCH'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION** <br><br> [*Filed concurrently with Plaintiff's Opposition to Defendant Craig Ditsch's Motion for Summary Judgment or Adjudication and Separate Statement of Genuine Issues and Additional Material Facts*] <br><br> DATE:         September 10, 2012 <br> TIME:          1:30 p.m. <br> COURT:      Hon. Stephen V. Wilson <br><br> Action Filed: December 14, 2011 |

|   |   |
|---|---|
| 1 | Pretrial Conference: October 1, 2012 |
| 2 | Trial: October 16, 2012 |

TO THIS HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR COUNSEL OF RECORD:

    Plaintiff Francisco Carrillo, Jr. hereby submits the attached Declarations of Ronald O. Kaye and Marilyn E. Bednarski, and Exhibits in support of his Opposition to Defendant Craig Ditsch's Motion for Summary Judgment, or alternatively, Summary Adjudication.

Respectfully submitted,

KAYE, McLANE & BEDNARSKI, LLP

DATED: August 20, 2012    By    /S/
RONALD O. KAYE
Attorney for Plaintiff Francisco Carrillo, Jr.