RONALD O. KAYE (No.145051)
MARILYN E. BEDNARSKI (No. 105322)
CAITLIN S. WEISBERG (No. 262779)
KAYE, McLANE & BEDNARSKI
234 E. Colorado Blvd. Suite 230
Pasadena CA 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
E-mail: rok@kmbllp.com
E-mail: mbednarski@kmbllp.com
E-mail: cweisberg@kmbllp.com

Attorneys for Plaintiff,
FRANCISCO CARRILLO, JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FRANCISCO CARRILLO, JR., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, CRAIG DITSCH AND DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | CASE NO. CV 11-10310 SVW (AGRx) <br><br> **DECLARATION OF CAITLIN S. WEISBERG IN SUPPORT OF PLAINTIFF FRANCISCO CARRILLO JR.'S MOTION IN LIMINE # 6 TO EXCLUDE THE TESTIMONY OF DEFENSE PSYCHOLOGICAL EXPERT ROBERT J. SBORDONE, Ph.D.** <br><br> DATE:  October 1, 2012 <br> TIME:  3:00 p.m. <br> COURT:  Hon. Stephen V. Wilson <br><br> Action Filed: December 14, 2011 <br> Pretrial Conference: October 1, 2012 <br> Trial: October 16, 2012 |