1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  JIN S. CHOI, State Bar No. 180270
   jchoi@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendants
   COUNTY OF LOS ANGELES
7  and CRAIG DITSCH

8

9               UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  FRANCISCO CARRILLO, JR.,        )  Case No. CV 11-10310 SVW (AGRx)
                                    )
13          Plaintiff,              )  Honorable Stephen V. Wilson
                                    )
14       vs.                        )
                                    )
15  COUNTY OF LOS ANGELES;          )  **DEFENDANTS' OPPOSITION TO
    CRAIG DITSCH; AND DOES 1-10,    )  PLAINTIFF'S MOTION *IN***
16  INCLUSIVE;                      )  ***LIMINE* NO. 6 TO EXCLUDE THE
                                    )  TESTIMONY OF DEFENSE
17          Defendants.             )  PSYCHOLOGICAL EXPERT
                                    )  ROBERT J. SBORDONE;
18  _____  )  MEMORANDUM OF POINTS
                                    )  AND AUTHORITIES**

19                                     Date:  October 1, 2012
                                       Time: 3:00 p.m.
20

21  TO THE COURT, ALL INTERESTED PARTIES, AND TO THEIR COUNSEL

22  OF RECORD:

23  //

24  //

25  //

26  //

27  //

28  //

                              1

2

1      Defendants COUNTY OF LOS ANGELES and CRAIG DITSCH submit

2  the following memorandum of points and authorities in opposition to Plaintiff's

3  motion *in limine* no. 4 to exclude the testimony of defense expert Robert J.

4  Sbordone.

5

6  Dated:  September 10, 2012        LAWRENCE BEACH ALLEN & CHOI, PC

7

8                         By        /s/ Jin S. Choi

9                                Jin S. Choi

10                           Attorneys for Defendants
                             COUNTY OF LOS ANGELES
                           and CRAIG DITSCH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2
3
4

I.   **PLAINTIFF HAS SHOWN NO REASON FOR EXCLUDING DR. SBORDONE'S EXPERT WITNESS REPORT UNDER FEDERAL RULE 702.**

5      Plaintiff's motion to exclude the testimony of Defendants' rebuttal exert,

6   Dr. Robert Sbordone, is frivolous.  Under Fed. R. Evid., Rule 702, expert

7   testimony is permitted if: "(a) the expert's scientific, technical, or other

8   specialized knowledge will help the trier of fact to understand the evidence or to

9   determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c)

10   the testimony is the product of reliable principles and methods; and (d) the expert

11   has reliably applied the principles and methods to the facts of the case."  Rule 702

12   also requires that the expert be "qualified . . . by knowledge, skill, experience,

13   training, or education."  *Id*.

14      The requirements of an expert witness report under Fed. R. Civ. P.

15   26(2)(B) do not parallel the requirements for admissibility of expert testimony

16   under Fed. R. Evid. Rule 702.  Under Rule 26, an expert report must include the

17   following information: (a) a complete statement of all opinions the witness will

18   express and the basis and reasons for them; (b) the facts or data considered by the

19   witness in forming them; (c) any exhibits that will be used to summarize or

20   support them; (d) the witness's qualifications, including a list of all publications

21   authored in the previous 10 years; (e) a list of all other cases in which, during the

22   previous 4 years, the witness testified as an expert at trial or by deposition; and (f)

23   a statement of the compensation to be paid for the study and testimony in the

24   case.

25      Plaintiff does not appear to contend that the expert report submitted by Dr.

26   Sbordone is in any insufficient, or that it does not meet the standard set by Rule

27   26(2)(B).  Rather, Plaintiff's argument focuses on whether the opinions set forth

28

1

1   in the report are appropriate based on Dr. Sbordone's qualifications and review of

2   the record.  As set forth below, this contention is without merit.

3       With respect to ¶¶ 1-8 and 10, these paragraphs satisfy the requirements of

4   Rule 26(2)(B)(i) and (ii) that the witness set forth the reasons for the opinions and

5   "the facts or data considered by the witness in forming them".  They are therefore

6   appropriate in setting forth factual matters upon which Dr. Sbordone's opinions

7   will be based, and to critique Dr. Kuper's methodology in formulating his own

8   stated opinions.  Paragraph 9 sets forth specific opinions based on the facts set

9   forth in ¶¶ 1-8 and 10, as well as those documents reviewed in the opening

10  statement of the report.  These are all appropriate matters for inclusion in an

11  expert witness report, and not subject to exclusion under Rule 702.

12      While it is true that Dr. Sbordone has not personally evaluated Plaintiff,

13  Plaintiff has cited no authority for the proposition that a psychiatric opinion is

14  necessarily improper, as a matter of law, simply because the psychiatric expert

15  did not personally evaluate the subject of the opinion.  If Plaintiff believes Dr.

16  Sbordone's opinions are somehow invalid simply because Dr. Sbordone did not

17  personally evaluate Plaintiff, he is free to cross-examine Dr. Sbordone as to the

18  adequacy of his review.

19  **II.   CONCLUSION.**

20      For the foregoing reasons, Plaintiff's motion *in limine* no. 6 should be

21  denied in its entirety.

22

23  Dated:  September 10, 2012          LAWRENCE BEACH ALLEN & CHOI, PC

24

25                                      By _____/s/ Jin S. Choi_____

26                                           Jin S. Choi
                                             Attorneys for Defendants
27                                           COUNTY OF LOS ANGELES
                                             and CRAIG DITSCH

28