RONALD O. KAYE (No.145051)
MARILYN E, BEDNARSKI (No. 105322)
CAITLIN S. WEISBERG (No. 262779)
KAYE, McLANE & BEDNARSKI
234 E. Colorado Blvd. Suite 230
Pasadena CA 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
E-mail: rok@kmbllp.com
E-mail: mbednarski@kmbllp.com
E-mail: cweisberg@kmbllp.com

Attorneys for Plaintiff,
FRANCISCO CARRILLO, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRILLO, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | CASE NO CV 11-10310 SVW (AGRX)<br><br>**PLAINTIFF FRANCISCO CARRILLO, JR.'S WITNESS LIST**<br><br>Hearing Date:   October 1, 2012<br>Hearing Time:   3:00 P.M.<br>Courtroom:      Hon. Stephen V. Wilson<br>Trial Date:     October 16, 2012<br>Time:           9:00 A.M. |

1

Plaintiff Francisco Carrillo, Jr., by and through his counsel of record, Ronald Kaye, respectfully submits this trial witness list to the Court:

- Francisco Carrillo, Jr.
- Dameon Sarpy
- Scott Turner
- Jeffrey Coleman
- Montrai Mitchell
- James Munnerlyn
- Marcus Stewart
- Lieutenant Craig Ditsch
- Commander Kevin Goran
- Sergeant Loy Luna
- Sergeant Timothy Duerr
- Judge Paul A. Bacigalupo
- Deputy District Attorney Juan Mejia
- Deputy District Attorney Brentford Ferreira*
- David Lynn (by prior sworn testimony)
- Katrina Salway (by prior sworn testimony)
- Ronald Higgins*
- Aaron Washington (by stipulation to substance trial testimony)
- Ted Yamamoto*
- Edward Sarpy
- Christian Filipiak*
- Grace Rodriguez
- Robin Yanes*
- Mary Ann Escalante*
- Joe Perez*
- Ray Leonardini
- Robert Schmitz
- Antoinette Carter
- Harvey Shrum, EdD
- Don Ring
- Delia Arechiga
- Theodore Arechiga*
- Theodore Francis Arechiga
- Estella Montoya*
- Joanna Rivera*

2

- Leo Ortega*
- Michael Sterling*
- Jesse Melendrez*
- Roger Clark
- Thomas R. Parker
- Dr. Scott Fraser
- Dr. Gary Wells
- Dr. Terry Kupers
- Alessandro Anfuso
- Stephanie Rizzardi
- Beth Chrisman*

Respectfully submitted,

KAYE, McLANE & BEDNARSKI, LLP

DATED: September 10, 2012   By   */s/ Ronald O. Kaye*
RONALD O. KAYE
Attorney for Plaintiff Francisco Carrillo, Jr.

3