```
1  DAVID D. LAWRENCE, State Bar No.
   dlawrence@lbaclaw.com
2  JIN S. CHOI, State Bar No. 180270
   jchoi@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California 91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendants
   COUNTY OF LOS ANGELES
7  and CRAIG DITSCH
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRILLO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES; CRAIG DITSCH; AND DOES 1-10, INCLUSIVE; <br><br> Defendants. | Case No. CV 11-10310 SVW (AGRx) <br><br> **DEFENDANTS' WITNESS LIST** <br><br> Pre-Trial Conference: <br> Date:   October 1, 2012 <br> Time:   3:00 p.m. <br> Crtrm:  6 <br><br> Trial: <br> Date:   October 16, 2012 <br> Time:   9:00 a.m. <br> Crtrm:  6 |

Defendants COUNTY OF LOS ANGELES and CRAIG DITSCH hereby submit the following witness list:

1. Craig Ditsch

1

2. Loy Luna
3. Kevin Goran
4. Mary Escalante
5. Scott Turner
6. Joe Holmes*
7. Robin Yanes*
8. Robert Sbordone
9. Paul Broadus
10. Curtis Cope
11. John Nordstrand
12. Tim Deurr*
13. Birl Adams*
14. Dameon Sarpy*
15. James Munnerlyn*
16. Marcus Stewart*
17. Jeffrey Coleman*
18. Montrai Mitchell*
19. Richard Biddle*
20. Francisco Carrillo, Jr.*
21. Juan Mejia*

Dated: September 10, 2012

LAWRENCE BEACH ALLEN & CHOI, PC

By _____/s/ Jin S. Choi_____
Jin S. Choi
Attorneys for Defendants
COUNTY OF LOS ANGELES
and CRAIG DITSCH