DAVID D. LAWRENCE, State Bar No. 123039
dlawrence@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
COUNTY OF LOS ANGELES
and CRAIG DITSCH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRILLO, JR., | Case No. CV 11-10310 SVW (AGRx) |
| Plaintiff, | Honorable Alicia G. Rosenberg |
| vs. | **PROTECTIVE ORDER** |
| COUNTY OF LOS ANGELES; CRAIG DITSCH; AND DOES 1-10, INCLUSIVE; | *[Stipulation for Protective Order filed concurrently herewith]* |
| Defendants. | |

Having reviewed and considered the Parties' Stipulation For Protective Order, good cause showing therein, IT IS SO ORDERED:

1. Defendant County of Los Angeles ("Defendant") requests that this Court enter a Protective Order governing the use of certain documents and information disclosed to Plaintiff Francisco Carrillo ("Plaintiff") and his counsel, to address significant privacy concerns and confidentiality-related requirements.

2. This Protective Order shall govern these documents ("the Documents") produced to Plaintiff in accordance with the Court's September 25, 2012 Order, and referenced in the Order as item nos. 85, 87, 89, 101, 111, 114-115,

129 and 131 (Docket No. 112 at page 7).

3. Each person and/or entity receiving any of the Documents shall not disclose to any person or entity, in any manner, including orally, the nature of and the information contained in the documents. Any such disclosure shall be construed as a violation of this Protective Order, except when used for purposes of this litigation as described in Paragraph No. 7 of this Order.

4. The Documents and all information contained therein, may only be disclosed to the following "qualified" persons:

    (a) Counsel of record for the parties to this civil litigation;

    (b) The parties and witnesses to this action (subject to the terms of paragraph no. 3);

    (c) Retained or consulted experts, paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in subparagraph (a); and

    (d) Court personnel, including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action.

5. Except for the use of the documents during the trial in this matter, if any of the documents, or any portion thereof, are to be filed with the Court (such as in connection with a dispositive motion), they shall be filed under seal and the parties shall comply with Local Rule 79-5.

6. The documents shall be used solely in connection with the preparation and trial of the within case (Case No. 11-10310 SVW (AGRx)), or any related appellate proceeding, and not for any other purpose, including, without limitation, any other litigation or administrative proceedings or any investigation related thereto.

7. This Order is made for the purpose of ensuring that the Documents and the information contained therein will remain confidential.

8. No more than thirty (30) calendar days after the judgment in this matter becomes final, Plaintiffs, Plaintiffs' counsel, and every other person and/or entity who received originals or copies of the Documents shall return all originals and copies of the Documents to the County of Los Angeles, care of: Jin S. Choi, Esq., Lawrence Beach Allen & Choi, PC, 100 West Broadway, Suite 1200, Glendale, California 91210-1219. In lieu of returning the documents, Plaintiff's counsel may destroy the Documents, as well as all copies thereof. In the event counsel chooses to destroy the subject Documents, counsel shall serve a declaration testifying to the subject Documents' destruction under penalty of perjury no more than thirty (30) calendar days after the judgment in this matter becomes final. Court personnel are excluded from these requirements.

9. Any violation of this Order may be punished by any and all appropriate measures, including, but not limited to, an order of contempt.

**IT IS SO ORDERED.**

Dated: October 3, 2012    _____
                          Hon. Alicia G. Rosenberg
                          United States Magistrate Judge